■ SLAWOMIR OLEKSIEWICZ, Respondent, v CHASE MANHATTAN BANK, N. A., INC., et al., Appellants, et al., Defendant. LEXUS OF MANHATTAN et al., Third-Party Plaintiffs, v BAY RIDGE AUTOMOTIVE MANAGEMENT CORP., Third-Party Defendant-Respondent. [700 NYS2d 823] —Order, Supreme Court, New York County (Lorraine Miller, J.), entered on or about November 18, 1998, which, insofar as appealed from, denied defendants-appellants' motions for summary judgment as untimely, unanimously affirmed, with costs.

The motions were properly denied because they were not made within 60 days after the filing of the note of issue as required by the preliminary conference order, and good cause for the delay was not shown (*see, Borelli v Gegaj*, 248 AD2d 299). Concur—Rosenberger, J. P., Williams, Rubin, Andrias and Buckley, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELIAZER NAZARIO, Appellant. [700 NYS2d 822] —Judgment, Supreme Court, Bronx County (Efrain Alvarado, J.), rendered on or about September 29, 1997, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Rosenberger, J. P., Williams, Rubin, Andrias and Buckley, JJ.